# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

MICHAEL SHAMOON                                           PLAINTIFF

V.                        No. 4:20-CV-1444-JTR[1]

LUCAS EMBERTON, individually
and in his official capacity as Sheriff
of Van Buren County; and
VAN BUREN COUNTY, ARKANSAS                     DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed with prejudice. All relief sought is denied, and the case is closed.

DATED this 11th day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] By consent of the parties, this case was referred to a United States Magistrate Judge to conduct all proceedings and order the entry of a final judgment, in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. *See Doc. 8*.